IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>CARLOS I. MATOS MORALES<br>BARBARA I. TORRES CAPPA<br>             DEBTORS | CASE NUM.: 11-01469 ESL<br><br>CHAPTER 13 (ASSET CASE) |

### CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby a certificate that has notified all creditors and persons with interest as per master address list of the Chapter 13, **dated 3/18/2011.**

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 18th, day of March 2011.

                                      **RESPECTFULLY SUBMITTED.**

                                      */S/MARILYN VALDES ORTEGA*
                                      **MARILYN VALDES ORTEGA**
                                      USDC PR 214711
                                      P.O.Box 195596
                                      San Juan, PR 00919-5596
                                      Tel. (787) 758-4400
                                      Fax. (787) 763-0144
                                      E-mail: <u>valdeslaw@prtc.net</u>

United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                    Case No. **11-01469-ESL**

**MATOS MORALES, CARLOS IVAN & TORRES-CAPPA, BARBARA ISABEL**        Chapter **13**
Debtor(s)

# CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **3/18/2011**                            ☐ AMENDED PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION                          Filed by: ☐ Debtor ☐ Trustee ☐ Other

| I. PAYMENT PLAN SCHEDULE | II. DISBURSEMENT SCHEDULE |
|---|---|
| $ **560.00** x **60** = $ **33,600.00** <br> $ ___ x ___ = $ ___ <br> $ ___ x ___ = $ ___ <br> $ ___ x ___ = $ ___ <br> $ ___ x ___ = $ ___ <br><br> TOTAL: $ **33,600.00** <br><br> Additional Payments: <br> $ ___ to be paid as a LUMP SUM within ___ with proceeds to come from: <br><br> ☐ Sale of Property identified as follows: <br><br> ☐ Other: <br><br> Periodic Payments to be made other than, and in addition to the above: <br> $ ___ x ___ = $ ___ <br><br> PROPOSED BASE: $ **33,600.00** | A. ADEQUATE PROTECTION PAYMENTS OR $ ___ <br> B. SECURED CLAIMS: <br> ☑ Debtor represents no secured claims. <br> ☐ Creditors having secured claims will retain their liens and shall be paid as follows: <br> 1. ☐ Trustee pays secured ARREARS: <br> Cr. ___  Cr. ___  Cr. ___ <br> # ___  # ___  # ___ <br> $ ___  $ ___  $ ___ <br> 2. ☐ Trustee pays IN FULL Secured Claims: <br> Cr. ___  Cr. ___  Cr. ___ <br> # ___  # ___  # ___ <br> $ ___  $ ___  $ ___ <br> 3. ☐ Trustee pays VALUE OF COLLATERAL: <br> Cr. ___  Cr. ___  Cr. ___ <br> # ___  # ___  # ___ <br> $ ___  $ ___  $ ___ <br> 4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder: <br><br> 5. ☐ Other: <br><br> 6. ☐ Debtor otherwise maintains regular payments directly to: <br><br> C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2) <br> D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims. <br> 1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___ <br> ☐ Paid 100% / ☐ Other: ___ <br> Cr. ___  Cr. ___  Cr. ___ <br> # ___  # ___  # ___ <br> $ ___  $ ___  $ ___ <br> 2. Unsecured Claims otherwise receive PRO-RATA disbursements. |
| III. ATTORNEY'S FEES <br> (Treated as § 507 Priorities) <br><br> Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,805.00** | |

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
TRUSTEE TO PAY ATTORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR 11 USC 330.

Signed: **/s/ CARLOS IVAN MATOS MORALES**
Debtor

**/s/ BARBARA ISABEL TORRES-CAPPA**
Joint Debtor

FAILURE TO TIMELY OBJECT TO THIS PLAN CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT UNDER 11 USC 1325(a)(5).

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS A PERIODIC PAYMENT TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT THE COURT FOR SUCH PURPOSE.

Attorney for Debtor **Marilyn Valdés Ortega Law Offices**                    Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**11-01469-ESL13 Notice will be electronically mailed to:**

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

ALEJANDRO OLIVERAS RIVERA
aorecf@ch13sju.com

MARILYN VALDES ORTEGA on behalf of Debtor CARLOS MATOS MORALES
valdeslaw@prtc.net

**I HEREBY CERTIFY:** That I have mailed by regular mail to all creditors listed.

**11-01469-ESL13 Notice will not be electronically mailed to:**

BANCO POPULAR DE PR
PO BOX 366818
SAN JUAN, PR   00936-6818


BANCO SANTANDER DE PR
PO BOX 362589
SAN JUAN, PR   00936


BANK OF AMERICA
PO BOX 1598
NORFOLK, VA   23501


DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR   00902-4140


DEPARTAMENTO DEL TRABAJO
AVE MUÑOZ RIVERA 505
HATO REY, PR   00918


FEDERAL LITIGATION DEPT OF
JUSTICE
PO BOX 9020192
SAN JUAN, PR   00902-0192


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA   19101-7346