STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

CARLOS IVAN MATOS MORALES  
BARBARA ISABEL TORRES-CAPPA  Chapter 13

Case No. 11-01469-ESL

Attorney Name: MARILYN VALDES ORTEGA*

### I. Appearances

| | | |
|---|---|---|
| Debtor | [✓] Present | [ ] Absent |
| Joint Debtor | [✓] Present | [ ] Absent |
| Attorney for Debtor | [✓] Present | [ ] Absent |

[ ] Pro-se  
[ ] Substitute _____

Date: March 30, 2011  
Time: 12:15 pm.  Track: _____  
[✓] This is debtor(s) 1st Bankruptcy filing.  
Liquidation Value: TBD  
Creditors  
— none —

### II. Oath Administered
[ ] Yes   [✓] No

### III. Documents Filed/Provided

[✓] Schedules  
[✓] Statement of Financial Affairs (SOFA)  
[✓] Statement of Current Monthly Income (SCMI)  
[✓] Credit counseling briefing certificate (CCC)  
   [ ] Waiver requested by debtor(s)  
[ ] DSO Certificate

[ ] DSO Recipient's information  
[ ] State Tax Returns _____ [ ] Returned  
[ ] Federal Tax Returns _____ [ ] Returned  
[ ] Evidence of income (60 days prior to petition)

### IV. Status of Meeting
[ ] Closed   [ ] Not Held   [✓] Continued  5/12/11  at 8:00 am.

### V. Trustee's Report on Confirmation

[ ] FAVORABLE  
[ ] UNFAVORABLE

[ ] Feasibility  
[ ] Insufficiently funded  
[ ] Unfair discrimination  
[ ] Fails liquidation value test  
[ ] Fails disposable income test (I & J)  
[ ] No provision for secured creditor(s)  
_____  
_____  
[ ] Treat value of collateral separately  
[ ] No provision for insurance  
[ ] Tax returns missing  
   [ ] State - years _____  
   [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)  
[✓] Evidence of income  
   [✓] Missing   [ ] Incomplete  
[ ] Stmt. of Current Monthly Income  
   [ ] Incomplete   [ ] Missing  
   [ ] Fails commitment period   [ ] Fails Disp. Income  
[ ] Certificate of Credit briefing  
   [ ] Missing   [ ] More than 180 days  
   [ ] Issuer not certified by U.S.T.  
[ ] Incomplete schedules  
[ ] Incomplete S.O.F.A.  
[ ] Other: _____

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

CARLOS IVAN MATOS MORALES Case No. 11-01469-ESL
BARBARA ISABEL TORRES-CAPPA Chapter 13 Attorney Name: MARILYN VALDES ORTEGA*

**VI. Plan** (Cont.)
Date: March, 18, 2011 Base $ 33,600.00 [X] Filed Evidence of Pmt shown: _____
Payments __/__ made out of __/__ due. [ ] Not Filed

**VII. Confirmation Hearing Date:** April, 27, 2011

**VIII. Attorney's fees as per R. 2016(b)**
$3,000.00 - $ 195.00 = $ 2,805.00

**IX. Documents to be provided w/in ____ days**

[ ] Amended schedules _____ [ ] Amended S.O.F.A. _____
[ ] Insurance estimate _____ [ ] Amended plan
 [ ] Business Documents
[ ] Assumption/Rejection executory contract [ ] Monthly reports for the months

[ ] Appraisal _____

[ ] State tax returns years _____ [ ] Public Liability Insurance
[ ] Federal tax returns years _____ [ ] Premises _____
[ ] Correct SS # (Form B21) [ ] Vehicle(s) _____
 [ ] Debtor [ ] Joint debtor [ ] Licenses issued by:
[ ] Other:

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

**COMMENTS**

① Amend means test - same is empty; also evidence of income has not been provided; meeting continued for this reason.
② Trustee to evaluate liquidation analysis to be submitted by debtor
③ Provide copy of divorce stipulation
④ Trustee to file objection to exemptions - debtor Matos is sole owner of real property. Debtor requested 10 days to file amended schedule C, same granted.

_____ Date: March 30, 2011
Trustee/Presiding Officer (Rev.