STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

**In re:**

**CARLOS IVAN MATOS MORALES** — Case No. **11-01469-ESL**

**BARBARA ISABEL TORRES-CAPPA** — Chapter 13 — Attorney Name: **MARILYN VALDES ORTEGA***

### I. Appearances

| | | |
|---|---|---|
| Debtor | [X] Present | [ ] Absent |
| Joint Debtor | [X] Present | [ ] Absent |
| Attorney for Debtor | [X] Present | [ ] Absent |

[ ] Prose

[X] Substitute   A. Henriquez, Esq.

**Date & Time:** 5/12/2011 10:25:00AM

[X] R   [ ] NR   LV: $20,108 (PV: $23,324

[X] This is debtor(s) 1 Bankruptcy filing.

**Creditors:**

None

### II. Oath Administered

[X] Yes   [ ] No

### III. Plan

Date: 03/18/2011   Base: $33,600.00   Payments 2 made out of 2 due.

Confirmation Hearing Date:   6/22/2011   9:00:00AM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

$3,000.00 - $195.00 = $2,805.00

### IV. Status of Meeting

[X] Closed   [ ] Not Held   [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

CARLOS IVAN MATOS MORALES     Case No.   11-01469-ESL

BARBARA ISABEL TORRES-CAPPA     Chapter 13     Attorney Name:   MARILYN VALDES ORTEGA*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [ ] Fails liquidation value test |    [ ] State - years |
| [ ] Insuarence quote | [ ] Federal - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| |    [ ] Monthly reports for the months |
| [ ] Appraisal | [ ] Public Liability Insurance |
| |    [ ] Premises |
| [ ] DSO Recipient's Information |    [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**COMMENTS**

1) Amend Schedule J to review tax budget for 1040-PR; it appears to be too low.

2) Debtors to verify SCMI and some amended schedules filed at Docket 12 since not all information is legible; appears to be a technical error.

**s/Miriam Salwen**     Date:   05/12/2011

   **Trustee/Presiding Officer**     (Rev. 02/11)