IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CARLOS IVAN MATOS MORALES

BARBARA ISABEL TORRES-CAPPA

   DEBTOR(S)

CASE NO 11-01469-ESL

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **March 30, 2011**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation of the estate is: $53,464 (PV: $62,017)

AMENDED PLAN DATE: March 18, 2011      PLAN BASE: $33,600.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 6/7/2011

[ ] FAVORABLE     [X] UNFAVORABLE

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [X] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):
   Fails Liquidation Value.

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [ ] OTHER:

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$195.00/$2,805.00

Atty: MARILYN VALDES ORTEGA*

/s/ Rosamar García Fontán

Rosamar García Fontán
USDC # 221004
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062